**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL ACTION NO. 14-13-RGA** |
| **EDWARD STURGIS,** | : | |
|    a/k/a "Von" a/k/a "Repo," | : | |
| **LESHAWN INGRAM,** | : | |
|    a/k/a "Shawny" a/k/a "Scrap," | : | |
|    a/k/a "Sin," | : | |
| **CHRISTOPHER GLOVER,** | : | |
| **ROBERT INGRAM,** | : | |
| **JAMES WILSON,** | : | |
|    a/k/a "Omari" a/k/a "O," | : | |
| **TERAH MOORE,** | : | |
|    a/k/a "T-Rock," | : | |
| **KEITH ADKINS,** | : | |
|    a/k/a "Sonny," | : | |
| **DWAYNE DIXON,** | : | |
|    a/k/a "Eric Dixon" a/k/a "Pop," | : | |
| **JAMAR CANNON,** | : | |
| **COREY CURTIS,** | : | |
|    a/k/a "Doc," a/k/a "Sosa," | : | |
|      and | : | |
| **AARON CANNON,** | : | |
| | : | |
| **Defendants.** | : | |

## SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through Charles M. Oberly, III, United States Attorney for the District of Delaware, and Mark M. Lee, Assistant United States Attorney for the District of Delaware, hereby files the following Second Bill of Particulars for Forfeiture of Property.

The First Bill of Particulars sought forfeiture of specific property pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c). The United States hereby gives notice that

one of the items in the Notice of Forfeiture isn't listed accurately, and this filing is intended to correctly list that item.

With respect to Counts One through Twenty-Three of the Superseding Indictment, the item listed as "a .380 caliber Ruger handgun, serial number 31025C, loaded with 3 rounds of ammunition" is actually "a .380 caliber Taurus PT738 pistol, serial number 31025C, loaded with 3 rounds of ammunition" forfeitable pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

                                      Respectfully submitted,

                                      CHARLES M. OBERLY, III
                                      UNITED STATES ATTORNEY

                                      /s/ Mark M. Lee
BY: _____
                                      Mark M. Lee
                                      Assistant United States Attorney

DATED: June 19, 2014