Jamale Cannon
#07759015
FDC Philadelphia
P.O box 562
Philadelphia, PA. 19105

December 22, 2014
Re: United States v. Cannon
Criminal Action No: 14-13-RGA-14

Honorable Richard Andrews
J. Caleb Boggs Federal Building
844 North King Street, 4th floor
Wilmington, DE. 19801-3519

Dear Honorable Judge Andrews:

I'm writing to make an express request to represent myself under Faretta v. California 302 F.3d 130 (1975) and United States v. Ronnie Peppers, 302 F.3d 120 (2001). I'm also requesting a Peppers colloquy hearing.

Wherefore, the defendant request the court to hold a Peppers colloquy hearing at it's earliest convenience. Thank you for your time.

Sincerely,

✧07759-015✧
Jamarr Cannon
FDC Philadelphia 07759015
562 PO BOX
Phila, PA 19105
United States

PHILADELPHIA PA 191

29 DEC 2014 PM 6 L



✧07759-015✧
Richard Andrews
Federal Building 4th fl
844 N KING ST
Wilmington, DE 19801-3519
United States

U.S.M.S. X-RAY

19801351999